# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| WAYNE RILEY, | ) |
| --- | --- |
| Petitioner, | ) |
| -vs- | ) Case No. CIV-16-0564-F |
| CARL BEAR, Warden, | ) |
| Respondent. | ) |

## ORDER

Magistrate Judge Gary M. Purcell's Report and Recommendation is before the court. Doc. no. 6. The Report recommends denial of petitioner's motion for leave to proceed *in forma pauperis*. Doc. no. 2. Petitioner has now paid the filing fee. Doc. no. 7. The Report and Recommendation of the Magistrate Judge is **ADOPTED**, the motion to proceed *in forma pauperis* is **DENIED**, and this action is referred back to the Magistrate Judge for proceedings consistent with the original referral.

Dated June 14, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0564p001.wpd